UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 08 B 14360 |
|---|---|
| | CHAPTER 13 |
| JEFFRIE D BAKER | |
| MARLANA BROOKS | JUDGE JANET S BAER |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SAXON MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 2 | 3724 8802 EMERALD | $6,398.59 | $6,398.59 | $6,398.59 |
| Total Amount Paid by Trustee | | | | | $6,398.59 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit    **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 08-14360-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 1st day of April, 2014.

Debtor:  
JEFFRIE D BAKER  
MARLANA BROOKS  
8802 S EMERALD ST  
CHICAGO, IL  60620  

Attorney:  
ROBERT J SEMRAD & ASSOC LLC  
20 S CLARK ST 28TH FLR  
CHICAGO, IL  60603  
via Clerk's ECF noticing procedures  

Creditor:  
SAXON MORTGAGE  
4708 MERCANTILE DR NORTH  
FORT WORTH, TX  76137  

Mortgage Creditor:  
DEUTSCHE BANK NATL TRUST  
% FISHER & SHAPIRO  
2121 WAUKEGAN RD # 301  
BANNOCKBURN, IL  60015  

Mortgage Creditor:  
SAXON MORTGAGE SERVICES  
1270 NORTHLAND DR # 200  
MENDOTA HEIGHTS, MN  55120  

ELECTRONIC SERVICE - United States Trustee

Date:  April 01, 2014

/s/ TOM VAUGHN  
TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603